**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| R.D. OLSON CONSTRUCTION, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>POPPY BANK,<br><br>                    Defendant. | Adv. Pro. No. 25-51049 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 12, 2025 AT 2:00 P.M. (ET)
BEFORE THE HONORABLE MARY F. WALRATH, AT
THE UNITED STATES BANKRUPTCY COURT FOR THE
<u>DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 4</u>**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**PRETRIAL CONFERENCE:**

1. Pretrial Conference related to *R.D. Olson Construction, Inc. v. Poppy Bank* – Case No. 25-51049 (MFW)

   Related Documents:

   i. R.D. Olson Construction, Inc.'s Complaint to Determine Validity, Priority, and Extent of Liens and for Other Relief [Adv. Docket No. 1; filed 6/27/2025]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598), and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 4; filed 6/27/2025]

iii. Notice of Pretrial Conference Scheduled for August 12, 2025 at 2:00 p.m. (ET) [Adv. Docket No. 6; filed 7/9/2025]

iv. Poppy Bank's Answer and Counterclaims to R.D. Olson Construction, Inc.'s Complaint to Determine Validity, Priority, and Extent of Liens and for Other Relief [Adv. Docket No. 7; filed 7/28/2025]

Status: The pretrial conference for this matter has been adjourned to the omnibus hearing scheduled for August 27, 2025 at 10:30 a.m. (ET).

| | |
|---|---|
| Dated: August 6, 2025<br>Wilmington, Delaware | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>*/s/ Catherine C. Lyons*<br>Erin R. Fay (No. 5268)<br>Shane M. Reil (No. 6195)<br>Catherine C. Lyons (No. 6854)<br>Heather P. Lambert (No. 6923)<br>222 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 304-7600<br>E-mails: efay@wsgr.com<br>          sreil@wsgr.com<br>          clyons@wsgr.com<br>          hlambert@wsgr.com<br><br>*-and-*<br><br>**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**<br>Benjamin M. Carson (admitted *pro hac vice*)<br>5965 Village Way, Suite E105<br>San Diego, California 92130<br>Telephone: (858) 255-4529<br>E-mail: ben@benjamincarson.com<br><br>*-and-*<br><br>Victor A. Vilaplana (admitted *pro hac vice*)<br>823 La Jolla Rancho Road<br>La Jolla, California 92037<br>Telephone: (619) 840-4130<br>Email: vavilaplana@gmail.com<br><br>*Counsel to the Debtors* |